# United States Court of Appeals for the Federal Circuit

January 23, 2012

**ERRATA**

Appeal No. 2011-3078

**WILLIAM B. GROSECLOSE,**
**v.**
**DEPARTMENT OF THE NAVY,**

Decided: January 20, 2012
Nonprecedential Opinion

Please make the following change:

Page 5, line 20, change "Potenza's insubordination" to --Groseclose's insubordination--.